ROBERT L. BOOKER II, ESQ. (BAR NO. 232065)
SOHEIL BAHARI, ESQ. (BAR NO. 297162)
**LYFE LAW, LLP**
(Formerly Known as CENTURY PARK LAW GROUP, LLP)
864 S. Robertson Blvd., 3rd Floor
Los Angeles, California 90035
Telephone: (888) 203-1422
Facsimile: (888) 203-1424
Email: Robert@Lyfe.com
Email: SoheilB@Lyfe.com

Attorneys for Plaintiff
LATANYA JENKINS and TONY JENKINS

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA JENKINS, an individual; TONY JENKINS, and individual, | CASE NO. 3:20-CV-01637-LAB-KSC |
| Plaintiffs, | **PLAINTIFF'S WITNESS LIST** |
| vs. | |
| TriStar Products, Inc., a Pennsylvania corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Final Pre-Trial Conference: 10/03/22<br>Trial Date: Not Set |

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

  Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiffs hereby submit their list of witnesses. Plaintiffs reserve the right to call witnesses (lay or expert) not listed below

as impeachment witnesses.

| WITNESS NAME | ADDRESS AND TELEPHONE | TESTIMONY | Anticipated Time |
|---|---|---|---|
| Plaintiff Latanya Jenkins | Previously Provided | Plaintiff | Plaintiff's Direct: 2 hours Cross: Unknown |
| Plaintiff Tony Jenkins | Previously Provided | Plaintiff | Plaintiff's Direct: 1.5 hours Cross: Unknown |
| Alejandro Lozano | Previously Provided | Defendant's Employee and Person Most Knowledgeable for Facts regarding the manufacturing, designing and production of the subject pressure cooker, and related topics | Plaintiff's Direct: 2 hours Cross: Unknown |
| Tereza Suarez | 1130 Meadow Lake Drive, Apartment 8, Vista, CA | Plaintiff's Neighbor, facts regarding the incident | Plaintiff's Direct: 1.5 hours Cross: Unknown |
| Derek A. King, P.E | 808 Gilman St, Berkeley, CA 94710 | Plaintiff's Expert | Plaintiff's Direct: 2 hours Cross: Unknown |
| Michel F. Brones MD | 10624 Chalon Road, Los Angeles, California 90077 Ph. (818) 829-4776 | Plaintiff's Medical Expert | Plaintiff's Direct: 1.5 hours Cross: Unknown |
| Dennis Brickman | 4215 Campus Drive Aurora, IL 60504 | Defendant's Expert | Plaintiff's Direct: 2 hours Cross: Unknown |
| Benjamin Lester, Ph.D. | 23445 North 19th Ave | Phoenix, AZ 85027 | Defendant's Expert | Plaintiff's Direct: 1 hour Cross: Unknown |
| Autumn Mitchell (May be Called) | 110 Jones Rd, Oceanside, CA 92054; Tel: (707) 328-4292 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |

| Stacy Thompson, R.N (May be Called) | 110 Jones Rd, Oceanside, CA 92054; Tel: (707) 328-4292 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: hours Cross: Unknown |
|---|---|---|---|
| Jeanne Grace Lee, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Amelia J. Simpson, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Laura Godat, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Emily F. Cantrell, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Leslie Christine Oyama, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| John J. Finneran, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Ji Sun Baek, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Jeffrey Li-Da Chen, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |

| Royya Fatima Modir, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
|---|---|---|---|
| Hailey Love, N.P. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Julian Duda, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Fatta B. Nahab, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Heather Elisabeth Boynton, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Alexan Yerevanian, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Ondeana Price, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Alyssa Enriquez, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Kiane Bergeron, PT (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |

| Name | Address | Role | Time |
|---|---|---|---|
| Gina M. Bello, OT (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Samantha Mae Adriano, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Dalia Siada, RD. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| John V. Cruz, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Cristin Danielle Nelson, LCSW (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Rosyann Reyes R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Emily Beckwith, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Dario Suarez, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Stephanie T. Scott, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |

| Name | Address | Role | Time |
|---|---|---|---|
| Karen Flynn, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Alyssa Baffer, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Ijeoma Ume, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Amy Kalinowski, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Lindsay Clemens, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Angela Ballecer, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Jun Pablo Rodriguez, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Joanna Hansford, OTA (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Adelle Labaria, R.N. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |

| Jennie Sue McGillicuddy, OT (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
|---|---|---|---|
| Elise Sienicki, M.D. (May be Called) | UC San Diego Health, 200 W. Arbor Dr., San Diego, CA 92103; Tel: (858) 657-7000 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Munish K. Batra, M.D. (May be Called) | Coastal Medical Group, 12264 El Camino Real, Ste 101, San Diego, CA 92130; Tel: (858) 356-0361 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Jindal Rishi, M.D. (May be Called) | Coastal Medical Group, 12264 El Camino Real, Ste 101, San Diego, CA 92130; Tel: (858) 356-0361 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Andrew Penner, Psy.D. (May be Called) | The Green Room, 5252 Balboa Ave., Ste 502, San Diego, CA 92117; Tel: (858) 480-9118 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Neda Khodaparast, Psy. D. (May be Called) | The Green Room, 5252 Balboa Ave., Ste 502, San Diego, CA 92117; Tel: (858) 480-9118 | Medical Provider- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Thomas S. Duncan (May be Called) | Vista Fire Department, 175 North Melrose Drive, Vista, CA 92083 | Paramedic- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Christian Haney (May be Called) | Vista Fire Department, 175 North Melrose Drive, Vista, CA 92083 | Paramedic- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Miles T. Sweeney (May be Called) | Vista Fire Department, 175 North Melrose Drive, Vista, CA 92083 | Paramedic- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Andy I. Valenta (May be Called) | Vista Fire Department, 175 North Melrose Drive, Vista, CA | Paramedic- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: |

|  | 92083 |  | Unknown |
| --- | --- | --- | --- |
| Michael Serna (May be Called) | Vista Fire Department, 175 North Melrose Drive, Vista, CA 92083 | Paramedic- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |
| Patrick McDonald (May be Called) | Vista Fire Department, 175 North Melrose Drive, Vista, CA 92083 | Paramedic- Non-Retained Expert | Plaintiff's Direct: 0.5 hours Cross: Unknown |

DATED: September 5, 2022        **LYFE LAW, LLP**

By: __/s/ Soheil Bahari_____
ROBERT L. BOOKER II
SOHEIL BAHARI
Attorneys for Plaintiffs