ROBERT L. BOOKER II, ESQ. (BAR NO. 232065)
SOHEIL BAHARI, ESQ. (BAR NO. 297162)
**LYFE LAW, LLP**
(Formerly Known as CENTURY PARK LAW GROUP, LLP)
864 S. Robertson Blvd., 3rd Floor
Los Angeles, California 90035
Telephone: (888) 203-1422
Facsimile: (888) 203-1424
Email: Robert@Lyfe.com
Email: SoheilB@Lyfe.com

Attorneys for Plaintiff
LATANYA JENKINS and TONY JENKINS

# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA JENKINS, an individual; TONY JENKINS, and individual , <br><br> Plaintiffs, <br><br> vs. <br><br> TriStar Products, Inc., a Pennsylvania corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 3:20-CV-01637-LAB-KSC <br><br> **PLAINTIFFS' EXHIBIT LIST** <br><br><br><br><br><br><br><br><br><br><br><br> Final Pre-Trial Conference: 10/03/22 <br> Trial Date:  None Set |

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

     Plaintiff LATANYA JENKINS and TONY JENKINS, hereby submit their Exhibit list in the above-referenced mater:

| NO. | Description | Stip to Admissibility | Objection | Response to Objection |
|---|---|---|---|---|
| 1. | 15 Photos of Plaintiff's Injury | | | |
| 2. | Video of Plaintiff in the Hospital | | | |
| 3. | Photos of the Subject Pressure Cooker | | | |
| 4. | Plaintiff's Initial Disclosures | | | |
| 5. | Defendants' Initial Disclosures | | | |
| 6. | Defendant's Responses to Plaintiffs' Requests for Production of Documents, Set One | | | |
| 7. | Defendant's Responses to Plaintiffs' Request for Admissions, Set One | | | |
| 8. | Defendant's Responses to Plaintiffs' Interrogatories, Set One | | | |
| 9. | Defendant TriStar's Production of Documents in Response to Plaintiffs' Requests for Production of Documents, Set One | | | |
| 10. | Plaintiff's Expert, Derek A. King, M.S.'s Initial Expert Report | | | |
| 11. | Plaintiff's Expert, Derek A. King, M.S.'s Rebuttal Expert Report | | | |
| 12. | Plaintiff's Expert, Derek A. King, M.S.'s CV | | | |

**PLAINTIFFS' EXHIBIT LIST**

| NO. | Description | Stip to Admissibility | Objection | Response to Objection |
|---|---|---|---|---|
| 13. | Plaintiff's Expert, Derek A. King, M.S.'s Expert File | | | |
| 14. | Plaintiff's Expert, Michel F. Brones, M.D's Expert Report | | | |
| 15. | Plaintiff's Expert, Michel F. Brones, M.D's CV | | | |
| 16. | Plaintiff's Expert, Michel F. Brones, M.D's Expert File | | | |
| 17. | Defendant's Expert Benjamin Lester's Expert Reports | | | |
| 18. | Defendant's Expert Benjamin Lester's Expert File | | | |
| 19. | Defendant's Dennis Brickman's Expert Reports | | | |
| 20. | Defendant's Dennis Brickman's Expert File | | | |
| 21. | Records from Reach Air Medical Services | | | |
| 22. | Billing from Reach Air Medical Services | | | |
| 23. | Records from UC San Diego Health | | | |
| 24. | Billing from UC San Diego Health | | | |
| 25. | Records from Coastal Medical Group | | | |
| 26. | Billing from Coastal Medical Group | | | |

**PLAINTIFFS' EXHIBIT LIST**

| NO. | Description | Stip to Admissibility | Objection | Response to Objection |
|---|---|---|---|---|
| 27. | Records from Green Room Psychological Services | | | |
| 28. | Billing from Green Room Psychological Services | | | |
| 29. | Records from Vista Fire Department | | | |
| 30. | Billing from Vista Fire Department | | | |
| 31. | Reserved | | | |

DATED: September 5, 2022 **LYFE LAW, LLP**

By: __/s/ Soheil Bahari_____
ROBERT L. BOOKER II
SOHEIL BAHARI
Attorneys for Plaintiffs

**PLAINTIFFS' EXHIBIT LIST**