LISA GRUEN (SBN 116077)
*lgruen@goldbergsegalla.com*
JOSEPH R. CORIATY (SBN 291682)
*jcoriaty@goldbergsegalla.com*
**GOLDBERG SEGALLA LLP**
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
Telephone: 213.415.7200
Facsimile: 213.415.7299

Attorneys for Defendant
TRISTAR PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA JENKINS, an individual; TONY JENKINS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TRISTAR PRODUCTS, INC., a Pennsylvania Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: 3:20-CV-01637-LAB-KSC <br> Assigned to Hon. Larry Alan Burns, Dept. 14A <br> [Removed from State Court on August 21, 2020] <br> **Trial Date: None** <br><br> **DEFENDANT TRISTAR PRODUCT INC.'S WITNESS LIST PURSUANT TO FRCP 26(a)(3)** |

In compliance with FRCP 26(a)(3), Defendant Tristar Products, Inc., by and through their counsel, Goldberg Segalla LLP, hereby submits the following witness list:

## I. WITNESSES

### A. WITNESSES EXPECTED TO BE CALLED AT ATRIAL

1. Alex Lozano
   c/o Goldberg Segalla LLP
   777 Tower
   777 S. Figuroa Street, Suite 2000
   (213) 415-7200

34028914.v1

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

2.    Dennis Brickman
      Engineering Systems, Inc.
      4215 Campus Drive
      Aurora, IL 60504
      (866) 596-3994

3.    Tereza Suarez
      1130 Meadow Lake Drive, Apartment 8
      Vista, California

**B.    WITNESSES TO BE CALLED IF THE NEED ARISES**

1.    Benjamin Lester, Ph.D.
      Exponent
      23445 North 19th Avenue
      Phoenix, AZ 85027
      (632) 587-6747

2.    Autumn Mitchell  - Paramedic
      Reach Air Medical Service
      110 Jones Rd, Oceanside, CA 92054;
      (707) 328- 4292

2.    Stacy Thompson RN
      Reach Air Medical Service
      110 Jones Rd, Oceanside, CA 92054;
      (707) 328- 4292

3.    Michael Howell - Custodian of Records for Reach Air Medical Service
      2360 Becker Blvd.
      Santa Rosa, CA 95403
      707-324-2400

4.    Michael Serna, EMS provider
      Vista Fire Department
      200 Civic Center Drive, 2nd Floor
      Vista, CA 92084

5.    Craig Usher - Custodian of Records for Vista Fire Department
      Vista Fire Department
      200 Civic Center Drive, 2nd Floor

TRISTAR PRODUCTS, INC'S WITNESS LIST PURSUANT TO RULE 26(A)(3)
34028914.v1

Vista, CA 92084

6.  Emily F. Cantrell, MD
    666 N. 59th St.
    Omaha, NE 688132-2014

7.  Elsie Sienicki Becker, MD
    7849 Inception Way
    San Diego, CA 92108-5122

8.  Leslie Christine Oyama, MD
    UCSD Medical Center
    200 West Arbor Dr.
    San Diego, CA 92103
    (858) 657-7000

9.  Marga R. Glasser, MD
    P.O. Box 7838
    Chula Vista, CA 91912-7838

10. Michelle Cortez - Custodian of Records for UCSD Medical Center
    UCSD Medical Center
    200 West Arbor Dr.
    San Diego, CA 92103
    (858) 657-7000

11. Andrew Penner PsyD, Post Doctoral Psychological Assistant
    The Green Room
    5252 Balboa Avenue, Suite 502
    San Diego, CA 92117
    Alternate: 4649 60th St.
    San Diego CA 92115-3825

12. Neda Khodaparast PsyD, QME (Supervisor of Andrew Penner)
    The Green Room
    5252 Balboa Avenue, Suite 502
    San Diego, CA 92117

13. Custodian of Records for The Green Room
    The Green Room
    5252 Balboa Avenue, Suite 502

TRISTAR PRODUCTS, INC'S WITNESS LIST PURSUANT TO RULE 26(A)(3)

34028914.v1

San Diego, CA 92117

14.   Andy Van Le
      Andy Van Le and Associates
      1551 Fourth Ave Ste. 102
      San Diego, CA 92101
      (619) 525-0001

15.   Jonathan Shirian, Esq.
      Quill & Arrow, LLP
      10900 Wilshire Boulevard, Suite 300
      Los Angeles, CA, 90024
      Telephone: (310) 933-4271

16.   Jeanne Grace Lee, M.D.
      UCSD Medical Center
      200 West Arbor Drive
      San Diego, CA  92101
      Telephone: (858) 657-7000

17.   Amelia J. Simpson, M.D.
      4530 Narragansett Ave.
      San Diego, CA 92107-2916

18.   Laura Godat, M.D.
      UCSD Medical Center
      200 W. Arbor Drive #8896
      San Diego, CA  92101
      Telephone: (858) 657-7000

19.   John J. Finneran, M.D.
      UCSD Medical Center
      200 W. Arbor Drive- MC8770
      San Diego, CA  92101
      Telephone: (858) 657-7000

20.   Ji Sun Baek, M.D.
      2175 N. California Blvd.,
      Walnut Crek, CA 94596-3579

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

TRISTAR PRODUCTS, INC'S WITNESS LIST PURSUANT TO RULE 26(A)(3)

34028914.v1

21. Jeffrey Li-Da Chen, M.D.
    UCSD Anesthesiology Pain - Medical Center - 7651
    9300 Campus Point Dr.
    La Jolla, CA 92037-1300
    Telephone: (858) 657-7000

22. Royya Fatima Modir, M.D.
    UCSD Medical Center- MON 3rd Floor Ste. 8466
    200 W. Arbor Drive
    San Diego, CA  92103
    Telephone: (858) 657-7000

23. Lovella (aka Love) Hailey, N.P. –
    UCSD Medical Center
    200 W. Arbor Drive
    San Diego, CA  92101
    Telephone: (858) 657-7000

24. Julian Duda, M.D.
    Mail Drop 4S-205
    10790 Rancho Bernardo Rd.
    San Diego, 92127-5705

25. Fana B. Nahab, M.D.
    Mail Code 0886
    9500 Gilman Dr.
    La Jolla, CA 92093

26. Heather Elizabeth Boynton, M.D
    207 W. Legion Rd.
    Brawly, CA 92227-7780

27. Alexan I. Yerevanian, M.D.
    1801 Wilshire Blvd.,
    Santa Monica, CA 90403-5609

28. Ondeana Price, R.N.
    UCSD Medical Center
    200 W. Arbor Drive
    San Diego, CA  92101
    Telephone: (858) 657-7000

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

29. Alyssa Janine Enriquez Geissler, R.N.
    UCSD Medical Center
    200 W. Arbor Drive
    San Diego, CA 92101
    Telephone: (858) 657-7000

30. Kiane Bergeron, PT
    UCSD Medical Center
    200 W. Arbor Drive
    San Diego, CA 92101
    Telephone: (858) 657-7000

31. Gina M. Bello, OT
    UCSD Medical Center
    200 W. Arbor Drive
    San Diego, CA 92101
    Telephone: (858) 657-7000

32. Samantha Mae Adriano, R.N.
    UCSD Medical Center
    200 W. Arbor Drive
    San Diego, CA 92101
    Telephone: (858) 657-7000

33. Dalia Siada Beydoun, R.D.
    Newport Beach, CA 92664
    (949) 608-6637

34. John V. Cruz, R.N.
    UCSD Medical Center
    200 W. Arbor Drive
    San Diego, Ca 92101
    Telephone: (858) 657-7000

35. Cristin Danielle Nelson, LCSW
    2801 B Street, Unit 525
    San Diego, CA 92102

36. Rosyann Reyes, R.N.
    UCSD Medical Center
    200 W. Arbor Drive

TRISTAR PRODUCTS, INC'S WITNESS LIST PURSUANT TO RULE 26(A)(3)

34028914.v1

San Diego, CA 92101
Telephone: (858) 657-7000

37. Emily Beckwith, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92101
Telephone: (858) 657-7000

38. Dario Suarez, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, Ca 92101
Telephone: (858) 657-7000

39. Stephanie T. Scott, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92101
Telephone: (858) 657-7000

40. Karen Flynn, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92101
Telephone: (858) 657-7000

41. Alyssa Baffer, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92101
Telephone: (858) 657-7000

42. Ijeoma Ume, R.N.
Last known/UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92101
Telephone: (858) 657-7000
(possibly now in Washington DC)

34028914.v1

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

43. Amy Kalinowski, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92101
Telephone: (858) 657-7000

44. Lindsey Clemens, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92101
Telephone: (858) 657-7000

45. Angela Ballecer, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92101
Telephone: (858) 657-7000

46. Juan Pablo Rodriguez, R.N.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92101
Telephone: (858) 657-7000

47. Joanna Hansford, OTA
Spring Valley, CA  91977

48. Adelle Labaria, R.N. (aka Amethyst Labaria)
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92101
Telephone: (858) 657-7000

49. Jennie Sue-McGillicuddy, O.T.
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92101
Telephone: (858) 657-7000

50. Munish K. Batra, M.D.
Coastal Medical Group

TRISTAR PRODUCTS, INC'S WITNESS LIST PURSUANT TO RULE 26(A)(3)

34028914.v1

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

12264 El Camino Road, Ste. 101
San Diego, CA  92130
Telephone: (858) 356-0161

51.   Rishi Jindal, M.D.
      Coastal Medical Group
      12264 El Camino Road, Ste. 101
      San Diego, CA  92130
      Telephone: (858) 356-0161

52.   William Tontz
      Coastal Medical Group
      12264 El Camino Road, Ste. 101
      San Diego, CA  92130
      Telephone: (858) 356-0161

53.   Thomas S. Duncan
      Vista Fire Department
      175 North Melrose Drive
      Vista, CA  92081

54.   Christian Haney
      Vista Dire Department
      175 North Melrose Drive
      Vista, CA  92081

55.   Miles T. Sweeney
      Vista Fire Department
      175 North Melrose Drive
      Vista, Ca  92801

56.   Andy T. Valenta
      Vista Fire Department
      175 North Melrose Drive
      Vista, CA  92801

57.   Patrick McDonald
      Vista Fire Department
      175 North Melrose Drive
      Vista, CA  92081

34028914.v1

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

58.    Kevin Tagdiri, M.D.
       4401 Manchester Avenue, #103
       Encinitas, CA  92024
       Telephone: (760) 257-5854

## II.    **TESTIMONY EXPECTED TO BE PRESENTED BY MEANS OF DEPOSITION**

None anticipated, unless a witness becomes unavailable to testify live.


Dated: September 6, 2022              GOLDBERG SEGALLA, LLP


                                By:  _____
                                     LISA P. GRUEN, ESQ.
                                     JOSEPH R. CORIATY, ESQ.
                                     Attorneys for Defendant,
                                     TRISTAR PRODUCTS, INC.

Case No.: 3:20-CV-01637-LAB-KSC
:

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 777 Figueroa St., Ste., 2000, Los Angeles, California 90017.

On September 6, 2022, I served the foregoing document described as **DEFENDANT TRISTAR PRODUCTS, INC.'S WITNESS LIST PURSUANT TO FRCP 26(a)(3)** on the interested parties in this action:

 X    by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

 X    By E-Service: I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

Executed on September 6, 2022 at Los Angeles, California.

 X    (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


_____
Yvonne Flores
*Yvonne Flores*

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

1
DEFENDANT TRISTAR PRODUCTS, INC.'S WITNESS LIST PURSUANT
TO FRCP 26(a)(3)

33249275.v1