1  LISA GRUEN (SBN 116077)
       *lgruen@goldbergsegalla.com*
2  JOSEPH CORIATY (SBN 291682)
       *jcoriaty@goldbergsegalla.com*
3  **GOLDBERG SEGALLA LLP**
   777 S. Figueroa Street, 20th Floor
4  Los Angeles, CA 90017
   Telephone: 213.415.7200
5  Facsimile: 213.415.7299

6  Attorneys for Defendant
   TRISTAR PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA JENKINS, an individual; TONY JENKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:20-CV-01637-LAB-KSC<br>Assigned to Hon. Larry Alan Burns, Dept. 14A<br>[Removed from State Court on August 21, 2020]<br>**Trial Date: None**<br><br>**DEFENDANT TRISTAR PRODUCTS, INC.'S EXHIBIT LIST FOR FRCP 26(a)(3)** |

TO PLAINTIFFS LATANYA JENKINS AND TONY JENKINS AND THEIR ATTORNEYS OF RECORD:

Defendant TRISTAR PRODUCTS, INC., hereby submits the Exhibit List for its FRCP 26(a)(3) Disclosures.

### A. EXHIBITS EXPECTED TO BE OFFERED AT TRIAL

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| A | | | The Subject PRO6 preer (In Plaintiff's Possession) |
| B | | | Exemplar PRO6 |

1
DEFENDANT TRISTAR PRODUCTS, INC.'S EXHIBIT LIST FOR FRCP 26(A)(3)

34072660.v1
34072660.v1

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

| | | | |
|---|---|---|---|
| | | | pressure cooker |
| C | | | Pro 6 Owner's manual PRO6.00ssure cook0403-422 |
| D | | | Photographs of Plaintiff's subject pressure cooker included in Plaintiff's initial disclosures |
| E | | | Photograph of subject pressure cooker showing missing float valve |
| F | | | Photograph of subject pressure cooker with and without float valve |
| G | | | Underwriters Laboratories (UL) 1026 Standard for Safety: Household electric cooking and food serving appliances |
| H | | | Underwriters Laboratories 136 Standard for safety |
| I | | | Tristar Pro6 modification log BATES NO. PRO6.000325 – 000326 |
| J | | | USATA manufacturer test report BATES NO. PRO6.000227 – 000229 |
| K | | | Intertek authorization to mark BATES NO. PRO6.000226 |
| L | | | Intertek listing constructional data report BATES NO. |

Goldberg Segalla LLP  
777 S. Figueroa Street, 20th Floor  
Los Angeles, CA 90017  
213.415.7200

| | | | |
|---|---|---|---|
| | | | PRO6.000179 – 000225 |
| M | | | Intertek listing constructional data report BATES NO. PRO6.000058 – 000178 |
| N | | | Tristar failure analysis report BATES NO. PRO6.000329 – 000332 |
| O | | | Tristar failure analysis report BATES NO. PRO6.000337 – 000328 |
| P | | | Photographs depicting the subject pressure cooker taken after the incident that were introduced as Exhibits 3 through 7 at the deposition of Plaintiff Latanya Jenkins |
| Q | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000237 – PRO6.000242 |
| R | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000243 – PRO6.000251 |
| S | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000252 – PRO6.000260 |
| T | | | Tristar pre-shipment inspection reports |

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

| | | | |
|---|---|---|---|
| | | | BATES NO. PRO6.000261 – PRO6.000269 |
| U | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000270 – PRO6.000279 |
| V | | | Owner's Manual produced by Plaintiffs |
| W | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000280 – PRO6.000289 |
| X | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000290 – PRO6.000298 |
| Y | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000299 – PRO6.000307 |
| Z | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000308 – PRO6.000315 |
| AA | | | Tristar pre-shipment inspection reports BATES NO. PRO6.000316 – PRO6.000324 |
| AB | | | Photographs and videos taken at the visual inspection on November 2, 2021 |
| AC | | | Photographs and videos |

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
|  |  |  | taken at the artifact inspection on December 17, 2021 |
| AD |  |  | Photographs and videos taken at the scene inspection of Plaintiffs' kitchen on January 14, 2022 |
| AE |  |  | Photographs taken of the exemplar's inner pot at the exemplar inspection on January 20, 2022 |

## B. EXHIBITS EXPECTED TO BE OFFERED AT TRIAL IF THE NEED ARISES

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| AF |  |  | Tristar pressure cooker package and labeling PRO6.000463 |
| AG |  |  | Tristar pressure cooker package and labeling - PRO6.000402 |
| AH |  |  | Design documents - PRO6.000333 – 000376 |
| AI |  |  | Documents produced in response to Tristar Subpoena to Vista Fire Department |
| AJ |  |  | Documents produced in response to Tristar Subpoena to Reach Air Medical Service |

| | | | |
|---|---|---|---|
| AK | | | Documents produced in response to Tristar Subpoena to UCSD Medical Center |
| AL | | | Documents produced in response to Tristar Subpoena to The Green Room |

Defendant reserves its rights to use any exhibit introduced by Plaintiffs.

Dated: September 6, 2022     GOLDBERG SEGALLA, LLP

By: *Lisa P. Gruen* (signature)

LISA P. GRUEN, ESQ.
Attorneys for Defendant,
TRISTAR PRODUCTS, INC.

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

Case No.: 3:20-CV-01637-LAB-KSC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 777 Figueroa St., Ste., 2000, Los Angeles, California 90017.

On September 6, 2022, I served the foregoing document described as **DEFENDANT TRISTAR PRODUCTS, INC.'S EXHIBIT LIST PURSUANT TO FRCP 26(a)(3)** on the interested parties in this action:

X     by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

X     By E-Service: I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

Executed on September 6, 2022 at Los Angeles, California.

X     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Yvonne Flores
*Yvonne Flores*

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

1
DEFENDANT TRISTAR PRODUCTS, INC.'S EXHIBIT LIST PURSUANT TO FRCP 26(a)(3)

33249275.v1